IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Nelson, Wanda F | Case Number: 08 B 02730 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 02/24/09 | Filed: 2/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 14, 2009
Confirmed: April 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,722.00 |  |
| Secured: |  | 661.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,819.46 |
| Trustee Fee: |  | 241.54 |
| Other Funds: |  | 0.00 |
| Totals: | 3,722.00 | 3,722.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,831.50 | 2,819.46 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wachovia Dealer Services | Secured | 15,265.93 | 640.00 |
| 4. | Dell Financial Services, Inc | Secured | 103.49 | 21.00 |
| 5. | CitiFinancial Mortgage | Secured | 9,706.00 | 0.00 |
| 6. | Dell Financial Services, Inc | Unsecured | 166.43 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 37.98 | 0.00 |
| 8. | Wachovia Dealer Services | Unsecured | 0.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 78.56 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 52.99 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 199.98 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 60.78 | 0.00 |
| 13. | Fingerhut | Unsecured | 17.99 | 0.00 |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 16. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 17. | Money Control | Unsecured |  | No Claim Filed |
| 18. | Financial Asset Management Systems, Inc | Unsecured |  | No Claim Filed |
| 19. | Home Depot | Unsecured |  | No Claim Filed |
| 20. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 21. | West Asset Management | Unsecured |  | No Claim Filed |
| 22. | Superior Mgt. | Unsecured |  | No Claim Filed |
| 23. | Household Bank FSB | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,521.63 | $ 3,480.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nelson, Wanda F

Printed: 02/24/09

Case Number: 08 B 02730
Judge: Squires, John H
Filed: 2/6/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 4.57 |
| 6.5% | 201.00 |
| 6.6% | 35.97 |
| | $ 241.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*